| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| | *bbrown@goodwinlaw.com* |
| 2 | LAURA A. STOLL (SBN 255023) |
| | *lstoll@goodwinlaw.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 601 S. Figueroa Street, 41st Floor |
| 4 | Los Angeles, CA  90017 |
| | Tel.:  213.426.2500 |
| 5 | Fax.:  213.623.1673 |
| 6 | Attorneys for Defendant: |
| | FIRST TENNESEE BANK, N.A. (erroneously |
| 7 | sued as FIRST TENNESSEE BANK) |
| 8 | |
| 9 | ELLIOT W. GALE (SBN 263326) |
| | *egale@sagarialaw.com* |
| | **SAGARIA LAW, P.C.** |
| 10 | 2033 Gateway Place, 5th Floor |
| | San Jose, CA  95110 |
| 11 | Tel: 408.279.2288 |
| | Fax: 408.279.2299 |
| 12 | |
| | Attorneys for Plaintiffs: |
| 13 | DAN NOBLE and EILEEN NOBLE |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DAN NOBLE and EILEEN NOBLE, | Case No. 4:16-cv-06340-SBA |
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT** |
| v. | Courtroom:  02 |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; FIRST TENNESSEE BANK; and DOES 1 through 100 inclusive, | Judge:  Hon. Saundra Brown Armstrong<br>1301 Clay Street<br>Oakland, CA 94612 |
| Defendants. | Complaint Filed:   November 1, 2016 |

1    Plaintiffs Dan Noble and Eileen Noble ("Plaintiffs") and Defendant First Tennessee Bank, N.A.'s ("Defendant") hereby jointly provide notice that they have settled this matter and will file all documents necessary to finalize dismissal of this case as against Defendant within thirty (30) days. The settlement is between Plaintiffs and Defendant only and does not apply to other defendants in this matter.

So that they may devote their time and efforts to executing the settlement agreement and completing and filing an appropriate dismissal documents with this Court, the parties respectfully request the Court to vacate or stay all pending deadlines relating to Plaintiffs and Defendant in this matter for thirty (30) days, including the December 23, 2016 deadline for Defendant to answer, move or otherwise respond to the Complaint.

Respectfully submitted,

Dated:   December 13, 2016       By:   /s/  *Laura A. Stoll*
                                       BROOKS R. BROWN
                                       *bbrown@goodwinprocter.com*
                                       LAURA A. STOLL
                                       *lstoll@goodwinlaw.com*
                                       **GOODWIN PROCTER LLP**

                                       Attorneys for Defendant:
                                       FIRST TENNESSEE BANK, N.A.


Dated:   December 13, 2016       By:   /s/  *Elliot W. Gale* (with permission)
                                       ELLIOT W. GALE
                                       *egale@sagarialaw.com*
                                       **SAGARIA LAW, P.C.**

                                       Attorneys for Plaintiffs:
                                       DAN NOBLE and EILEEN NOBLE

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatory indicated by the conformed signature (/s/) of Elliot W. Gale.

                    /s/   *Laura A. Stoll*
                    BROOKS R. BROWN
                    LAURA A. STOLL

**CERTIFICATE OF SERVICE**
*Noble v. Experian Information Solutions, et al.*
N.D. Cal Case No. 4:16-cv-06340-SBA

I, Laura A. Stoll, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on **December 13, 2016**.

/s/ *Laura A. Stoll*
LAURA A. STOLL