UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN and EILEEN NOBLE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; FIRST TENNESSEE BANK and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No:  C 16-6340 SBA<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order Granting Defendants' Motions to Dismiss, IT IS HEREBY ORDERED THAT final judgment is entered in favor of the following Defendants:  Experian Information Solutions, Inc.; and Equifax, Inc.

　　　IT IS SO ORDERED.

Dated:  4/11/17

　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　Senior United States District Judge